**WO**        IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )
                                             )        AMENDED
                          Plaintiff,         )
                                             )
             v.                              )        06-4143M-001
                                             )
Clyde Wayne Babbitt,                         )        ORDER OF DETENTION
                                             )
                          Defendant.         )
_____      )

        In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing
has been held.

        The Court incorporates and adopts by reference the assessment of
nonappearance/danger findings of the Pretrial Services Agency which were reviewed
by the Court at the time of the hearing in this matter.

        Defendant does not dispute the information contained in the Pretrial Services
Report.

        By clear and convincing evidence defendant is a flight risk and danger to others
and the community and requires detention pending trial.

        At this time, no condition or combination of conditions will reasonably assure the
appearance of  defendant as required or reasonably assure the safety of others and the
community.

        IT IS THEREFORE ORDERED that defendant be detained pending further
proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal
Procedure.

/ / /

/ / /

/ / /

/ / /

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility.  Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the Magistrate on duty to set a detention hearing.  A determination as to whether or not the defendant is to be released will be made at the scheduled hearing.  If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage."

DATED this 20th day of October, 2006.


Edward C. Voss
United States Magistrate Judge